NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

T.P.,                                     )
                                          )
              Appellant,                  )
                                          )
v.                                        )          Case No.  2D18-3676
                                          )
STATE OF FLORIDA,                         )
                                          )
              Appellee.                   )
_____)

Opinion filed September 4, 2019.

Appeal from the Circuit Court for
Highlands County; Angela J. Cowden,
Judge.

Howard L. Dimmig, II, Public Defender,
and Clark E. Green,  Assistant Public
Defender, Bartow for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Pamela Cordova
Papasov, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


              Affirmed.


NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.